## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Cory Soderberg, Adam Klym, Joe Jadoonath, Nathan Ostlund and, Ryan Rud, on behalf of themselves and all other individuals similarly situated, | Civil No. 10-cv-03429 (PAM/JJG) |
| Plaintiffs, | **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| Naturescape, Inc., | |
| Defendant. | |

## **MOTION**

Defendant hereby respectfully moves the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an Order granting Defendant's Motion for Summary Judgment.

The Motion is based upon the pleadings, legal memoranda and any affidavits, correspondence and exhibits that may be filed with the Court, together with the record herein.

2

| | |
|---|---|
| Date: August 18, 2011 | By s/ Corie J. Tarara |
| | Gregory L. Peters (0289401) |
| | Corie J. Tarara (0349197) |
| | SEATON, PETERS & REVNEW, P.A. |
| | 7300 Metro Boulevard, Suite 500 |
| | Minneapolis, Minnesota 55439 |
| | Tel. (952) 896-1700 |
| | Fax (952) 896-1704 |
| | gpeters@seatonlaw.com |
| | ctarara@seatonlaw.com |