# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Cory Soderberg, Adam Klym, Joe Jadoonath, Nathan Ostlund and, Ryan Rud, on behalf of themselves and all other individuals similarly situated, | Civil No. 10-3429 (PAM/JJG) |
| Plaintiffs, | **ORDER** |
| v. | |
| Naturescape, Inc., | |
| Defendant. | |

UPON CONSIDERATION of the Parties' Joint Stipulation for Dismissal with Prejudice, the November 3, 2011 Memorandum and Order [ECF 128], and the November 14, 2011 sealed record [ECF 129], the Court finds the following:

1. Cory Soderberg, Adam Klym, Joe Jadoonath, Nathan Ostlund, Ryan Rud and Naturescape, Inc. (the "Parties") were engaged in a bona fide dispute over the application of the Fair Labor Standard Act's provisions for the payment of overtime compensation.

2. The Parties participated in a Court-ordered settlement conference on November 14, 2011, before Magistrate Judge Jeanne J. Graham.

3. Cory Soderberg, Adam Klym, Joe Jadoonath, Nathan Ostlund and Ryan Rud indicated on the record that they were adequately represented at the settlement conference by their legal counsel, Andrew Muller, John Klassen and Thomas Conley.

4. Naturescape, Inc., by its President, Todd Furry, indicated on the record that it was adequately represented at the settlement conference by its legal counsel, Gregory Peters and Corie Tarara.

5. On November 14, 2011, the Parties reached an amicable resolution of the dispute. Magistrate Judge Graham stated the material terms on the record, the transcript of which is confidential and sealed. [ECF 129].

6. Todd Furry and each Plaintiff confirmed on the record that: they understood the material terms of the settlement, they agreed to the material terms, they agreed to be bound by the material terms and the material terms were acceptable.

7. The terms of the settlement are fair, reasonable, and an adequate resolution of the bona fide dispute over Fair Labor Standard Act provisions presented in this case.

8. The Parties agreed that to the extent they have any dispute about the terms of the settlement and/or require Court approval, they would submit the same to Magistrate Judge Graham.

**IT IS HEREBY ORDERED:** The Court approves the terms of the negotiated settlement, and the above matter is hereby dismissed with prejudice, without costs or attorneys' fees to any party.

Dated:  December  16,  2011

s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge